(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

Appendix A

GARY L. Lucas
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CLARKE COUNTY GEORGIA
& Judge BENJAMIN MAKIN
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | GARY L. LUCAS |
| Street Address | 115 KENTUCKY CIRCLE |
| City and County | ATHENS, CLARKE |
| State and Zip Code | GEORGIA 30605 |
| Telephone Number | 321-240-4010 |
| E-mail Address | garylucas2018@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

19

(9/16) Complaint for a Civil Case

Defendant No. 1
- Name: BENJAMIN MAKIN
- Job or Title (if known): CHIEF MAGISTRATE JUDGE (SUITE 240)
- Street Address: 325 E WASHINGTON STREET
- City and County: ATHENS, GEORGIA 30601
- State and Zip Code: CLARKE COUNTY
- Telephone Number: 706 613 3310
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

(9/16) Complaint for a Civil Case

The defendant. *(name)* __BENJAMIN MAKIN__ . is incorporated under the laws of the State of *(name)* __GEORGIA__ . and has its principal place of business in the State of *(name)* __CLARKE COUNTY COURT__ . Or is incorporated under the laws of *(foreign nation)* _____ . and has its principal place of business in *(name)* __CLARKE COUNTY__ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

__1000. per day plus punitive damages of $250,000__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__ON June 20th 2025, Defendant, Judge Benjamin Makin, placed a SCRAM device on me and began monitoring me 24 hours a day, based on a single citation for DUI as a condition of bail, violating my due process rights by punishing me prior to any court finding, this action has caused much disruption in every area of my life__

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__Plaintiff asks for an immediate injunction against the court to cease use of the SCRAM detainment method. I am actively being closely supervised and have been so since June 20th 2025 - Sept 8th 2025, awaiting trial. Plaintiff seeks monetary damages in the amount of $1000.00 per day for each day until I am released, Plaintiff seeks punitive award of $1,000,000.00 against the County of Clarke.__

22

(9/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-8-2025

Signature of Plaintiff: _/s/ Gary L. Lucas_

Printed Name of Plaintiff: GARY L. LUCAS

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

**APPENDIX B**

CERTIFICATE OF SERVICE FORMAT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing _CIVIL RIGHTS COMPLAINT_
(Name of pleading)

was mailed/delivered to _BENJAMIN MAKIN_ at _CLARKE COUNTY COURTHOUSE_
(Name of defendant(s) or        (Physical or E-Mail Address)
defendant's attorney)

_Harry Flood 9-8-2025_
(Signature and date)

_115 KENTUCKY CIRCLE, ATHENS, GA 30605_
(Address)

_321-240-4010_
(Phone Number)

24